IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BOSCHETTI, | No. C 13-00628 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING IFP AND MOTION TO REMAND |
| v. | |
| DANIEL O'BLENIS, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Defendant's IFP Application and Plaintiff's Motion to Remand, as well as objections to the report.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, IT IS HEREBY ORDERED that the Defendant's IFP Application and the Plaintiff's Motion to Remand are GRANTED.  It is hereby ordered that this case is remanded to the San Francisco County Superior Court.

Dated: 4/8/2013

CLAUDIA WILKEN
United States District Judge

cc: DMR