```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA


PAUL BOSCHETTI,                         No. C 13-00628 CW

        Plaintiff,                      ORDER ADOPTING
                                        MAGISTRATE JUDGE'S
   v.                                   REPORT AND
                                        RECOMMENDATION
DANIEL O'BLENIS,                        REGARDING IFP AND
                                        MOTION TO REMAND
        Defendant.
_____/
```

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Defendant's IFP Application and Plaintiff's Motion to Remand, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, IT IS HEREBY ORDERED that the Defendant's IFP Application and the Plaintiff's Motion to Remand are GRANTED. It is hereby ordered that this case is remanded to the San Francisco County Superior Court.

Dated: 4/8/2013

CLAUDIA WILKEN
United States District Judge

cc: DMR