# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| PAUL BOSCHETTI, | No. C 13-2706 MEJ |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| DANIEL O'BLENIS, | |
| Defendant. | |
| _____/ | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Claudia Wilken for the purpose of considering whether it is related to the following case: Boschetti v. O'Blenis, C-13-628 CW.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
Maria-Elena James
United States Magistrate Judge