UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAUL BOSCHETTI,<br><br>　　　　　Plaintiff,<br>　v.<br>DANIEL O'BLENIS,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-2706 MEJ<br><br>**ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Claudia Wilken for the purpose of considering whether it is related to the following case: Boschetti v. O'Blenis, C-13-628 CW.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
Maria-Elena James
United States Magistrate Judge