IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BOSCHETTI,

    Plaintiff,

  v.

DANIEL O'BLENIS,

    Defendant.
_____/

No. C 13-2706 CW
No. C 13-0628 CW

PRE-FILING ORDER

Pursuant to the Court's order granting Plaintiff Paul Boschetti's motion for sanctions, it is hereby ORDERED that the Clerk of the Court shall not accept for filing any notice of removal from Defendant Daniel Everett, named herein as Daniel O'Blenis, until that notice of removal has first been reviewed by the Court.  A pre-filing review will be conducted before Defendant is granted leave to file the notice of removal: if the notice of removal seeks to remove Case No. CUD 12-642905 from San Francisco County Superior Court and fails to establish legitimate grounds for federal subject matter jurisdiction, the notice of removal may not be filed.  Defendant may not establish federal subject matter jurisdiction by alleging that the value of the parties' November 2012 settlement agreement, as modified in January 2013, exceeds the minimum amount in controversy set forth in 28 U.S.C. § 1332(a).

All notices of removal filed by Defendant shall be forwarded to the undersigned judge, rather than the general duty judge, for pre-filing review.

IT IS SO ORDERED.

Dated: 8/14/2013

CLAUDIA WILKEN
United States District Judge